# Third District Court of Appeal

## State of Florida

Opinion filed April 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1341
Lower Tribunal No. 24-6395-FC-04
_____

**Jonathan Woldense,**
Appellant,

vs.

**Ernica Ferdinand,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Elisabeth Espinosa, Judge.

Jonathan Woldense, in proper person.

Ernica Ferdinand, in proper person.

Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed. See Thomas v. Li, 391 So. 3d 453, 456 (Fla. 4th DCA 2024) (stating that the standard of review on appeal of an injunction for protection against domestic violence is abuse of discretion); Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").